## Lock Estate.

Argued January 21, 1971; reargued November 16, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*George W. Gekas,* with him *Earl J. Melman,* and *Melman, Gekas and Nicholas,* for appellant.

590

*Walter K. Swartzkopf, Jr.*, with him *Rhoads, Sinon & Reader,* for appellee.

Opinion Per Curiam, March 20, 1972:
Decree affirmed. Each party to pay own costs.

Mr. Chief Justice Bell took no part in the consideration or decision of this case.

Mr. Justice Barbieri took no part in the decision of this case.